ALEXANDER B. CVITAN (SBN 81746),
J. DAVID SACKMAN (SBN 106703), and
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583

Attorneys for Plaintiff

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>STEVEN ARNOLD GREENE, an individual doing business as STEVE GREENE CONSTRUCTION,<br><br>            Defendant.<br>_____ | Case No.  CV12-08428 R (AGRx)<br><br>JUDGMENT BY STIPULATION |

**JUDGMENT**

   PURSUANT TO THE STIPULATION FOR JUDGMENT BY THE PARTIES, AND GOOD CAUSE APPEARING, the Stipulation is approved.

   THEREFORE, IT IS ORDERED that JUDGMENT be entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability

company (Trust Funds), against Defendant, STEVEN ARNOLD GREENE, an individual doing business as STEVE GREENE CONSTRUCTION (Employer), as follows:

1. Pursuant to the Employee Retirement Income Security Act (ERISA) § 502(g)(2), 29 U.S.C. § 1132(g)(2), judgment is entered in favor of the Trust Funds, and against Employer, for the total sum of **$142,846.71**, composed as follows:

    (1) Delinquent contributions of $96,591.84 for the period through June 2012;
    (2) Interest of $7,793.09;
    (3) Liquidated damages of $29,157.24;
    (4) Audit fees of $2,560.00; and
    (5) Attorney fees of $6,322.04 (calculated by Local Rule 55-3) and costs of $422.50.

2. The Judgment for Delinquent Contributions, above, in the amount of $96,591.84, applies to both the First Claim for Delinquent Contributions, under ERISA § 502(g)(2)(A), 29 U.S.C. § 1132(g)(2)(A), and the claim for It is understoodJudgment shall also be entered, on the Second Claim for Breach of Fiduciary Duties, under ERISA §§ 409(a) and 502(a)(2), 29 U.S.C. §§ 1109(a) and 1132(a)(2). This is not an additional amount, but two legal grounds for the same damages, so that the total judgment entered remains $142,846.71.

IT IS FURTHER ORDERED THAT there shall be a stay of enforcement of this Judgment, for a period of one year after entry, except as follows:
    a. The Trust Funds may record a judgment lien with the Secretary of State, abstracts of judgment with any county, register the judgment in other

jurisdictions, and similar actions to establish and preserve their priority as to other creditors.

b. The Trust Funds may not take actions to foreclose on or take possession of, any property, except that, if another creditor does so, they may take all actions necessary to preserve and collect their claim on such property.

c. The Trust Funds may pursue mechanic liens, stop payment notices, bond claims, claims against general contractors, and similar remedies. Any amounts collected by these means shall be credited against this Judgment.

d. The Trust Funds may report this Judgment to the Contractors State License Board, and other government authorities.

SO ORDERED:

Date:_April 8, 2013_

_____
HON. MANUEL REAL
U.S. District Court Judge